IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CARPENTERS FRINGE BENEFIT )
FUNDS OF ILLINOIS, *et al.*, )
) CIVIL ACTION
        Plaintiffs, )
) NO. 11 C 0358
  vs. )
) JUDGE VIRGINIA M. KENDALL
BARRY A. LOOMIS, an individual, d/b/a )
B & L TILE, )
)
        Defendant. )

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on March 14, 2011, request this Court enter judgment against Defendant, BARRY A. LOOMIS, an individual, d/b/a B & L TILE. In support of that Motion, Plaintiffs state:

1. On March 14, 2011, this Court entered default against Defendant and granted Plaintiffs' request for an order directing an audit of the Defendant's payroll books and records. The Court also entered an order that judgment would be entered after the completion of the audit.

2. Plaintiffs' auditors completed that audit in late 2011. The audit findings show that the Defendant is delinquent in contributions to the Funds in the amount of $75,916.52. (See Affidavit of Deborah L. French).

3. Additionally, the amount of $17,775.27 is due for liquidated damages. (French Aff. Par. 5).

4. Pursuant to the Trust Agreements, a liquidated damages/interest surcharge has been assessed against the Defendant in the amount of one and one-half (1.5%) percent of the total

contributions untimely received, compounded monthly at one and one-half (1.5%) percent, for the contribution month of November 2010, accrued through December 31, 2011, in the total amount of $95.69. (French Aff. Par. 6).

5. Defendant shorted the contributions due and owing for November 2010 and accordingly owes a shortage of $154.68. (French Aff. Par. 7).

6. In addition, Plaintiffs' firm has expended the amount of $550.00 in costs and $4,827.25 in attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

7. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $99,319.41.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $99,319.41.

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\Hrccj\B & L Tile\motion-judgment.cms.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 31st day of January 2012:

       Mr. Barry A. Loomis
       B & L Tile
       1405 Shawnee Lane
       Ottawa, IL   61350


       /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\Hrccj\B & L Tile\motion-judgment.cms.df.wpd